# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-616
Lower Tribunal No. 17-13011
_____

## Caribbean Gardens Condominium Association, Inc.,
Appellant,

vs.

## Peachtree Special Risk Brokers, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Alonso & Perez, LLP, and Rafael F. Alonso, for appellant.

Schwed Kahle & Kress P.A., and Douglas A. Kahle (Palm Beach Gardens), for appellee Wells Fargo Insurance; Porter Wright Morris & Arthur LLP, and Lawrence P. Ingram (Tampa), for appellee Peachtree Special Risk Brokers, LLC.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.